**Exhibit 1**

**Copyright Registration**

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-445-247**

**Effective Date of Registration:**
November 13, 2024
**Registration Decision Date:**
May 13, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Blind Masquerade Scary Face Mask with Skulls |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | June 29, 2021 |
| **Nation of 1st Publication:** | Poland |

## Author

- | | |
  |---|---|
  | **Author:** | Dmytriy Bragin |
  | **Author Created:** | sculpture |
  | **Citizen of:** | Poland |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Dmytriy Bragin<br>ul. Wojskowa, 3B/15, Poznan, 60-792, Poland |

## Certification

| | |
|---|---|
| **Name:** | Daniel Lachman |
| **Date:** | November 13, 2024 |

---

| | |
|---|---|
| **Copyright Office notes:** | Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |

